1 | **Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
2 | **Fresno, California  93720**
**Telephone (559) 432-9831**
3 | **Facsimile (559) 432-1837**

4 | **Attorney for Defendants**
F & M Restaurants, Inc., Arthur P. Spier,
5 | Janelle Lett, Manuel R. Fierro and Jolene
A. Fierro
6 |

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

9 | * * * * *

10 | RACHEL LOBATO, ) CASE NO. 1:15-cv-01346-TLN-SKO
 | )
11 |                  Plaintiff, ) STIPULATION AND ORDER FOR
 | ) SECOND EXTENSION OF TIME FOR F
12 | ) & M RESTAURANTS, INC., dba
vs. ) RALLY'S #13; ARTHUR P. SPIER,
13 | ) Trustee of THE ARTHUR P. SPIER AND
 | ) JANELLE LETT LIVING TRUST under
14 | F & M RESTAURANTS, INC., dba ) Declaration of Trust dated May 29, 2013;
RALLY'S #13; ARTHUR P. SPIER, ) JANELLE LETT, Trustee of THE
15 | Trustee of THE ARTHUR P. SPIER ) ARTHUR P. SPIER AND JANELLE
AND JANELLE LETT LIVING ) LETT LIVING TRUST under Declaration
16 | TRUST under Declaration of Trust ) of Trust dated May 29, 2013; MANUEL
dated May 29, 2013; JANELLE LETT, ) R. FIERRO; and JOLENE A. FIERRO TO
17 | Trustee of THE ARTHUR P. SPIER ) RESPOND TO COMPLAINT
AND JANELLE LETT LIVING )
18 | TRUST under Declaration of Trust )
dated May 29, 2013; MANUEL R. )
19 | FIERRO; JOLENE A. FIERRO; )
 | )
20 | )
 |                  Defendants. )
21 | _____ )

22 | WHEREAS:

23 | 1. Plaintiff RACHEL LOBATO filed her complaint in this action on September 1, 2015.

24 | 2. This is the second request for an extension of time for F & M RESTAURANTS, INC., dba

25 | RALLY'S #13; ARTHUR P. SPIER, Trustee of THE ARTHUR P. SPIER AND JANELLE LETT

26 | LIVING TRUST under Declaration of Trust dated May 29, 2013; JANELLE LETT, Trustee of

27 | THE ARTHUR P. SPIER AND JANELLE LETT LIVING TRUST under Declaration of Trust

28 | dated May 29, 2013; MANUEL R. FIERRO; and JOLENE A. FIERRO ("Defendants").  A

Rachel Lobato v. F&M Restaurants, Inc., et al.
Stipulation and Order For Second Extension of Time                  Case No. 1:  15-cv-01346

1

1  previous extension of time was granted by the Court until October 29, 2015 and court approval is

2  required for a further extension of time.  A joint status report is due on or about November 16,

3  2015.

4  3.  Plaintiff and Defendants continue to be in settlement negotiations at this time.

5  4.  Defendants have had a CASp inspection performed and report prepared, however additional

6  time is needed to conclude the terms of a settlement.

7  5.  The parties agree and submit that settlement of this case prior to the preparation of a joint status

8  report would save valuable court time and resources.

9  6.  The parties have agreed to extend Defendants' time to respond to the complaint until

10  November 30, 2015, subject to the court's approval, and believe that the case can be settled within

11  that time.  The parties also request that the filing of a joint status report be extended to December

12  16, 2015 in order to facilitate a settlement.

13  NOW THEREFORE, Defendants through their attorneys, and Plaintiff RACHEL LOBATO

14  through her attorneys, hereby stipulate and agree that the time for F & M RESTAURANTS, INC.,

15  dba RALLY'S #13; ARTHUR P. SPIER, Trustee of THE ARTHUR P. SPIER AND JANELLE

16  LETT LIVING TRUST under Declaration of Trust dated May 29, 2013; JANELLE LETT, Trustee

17  of THE ARTHUR P. SPIER AND JANELLE LETT LIVING TRUST under Declaration of Trust

18  dated May 29, 2013; MANUEL R. FIERRO; and JOLENE A. FIERRO to answer or otherwise

19  respond to the Complaint shall be extended up to and including November 30, 2015, and that the

20  joint status report in this matter be due on December 16, 2015, pending court approval.

21  **IT IS SO STIPULATED.**

22

Dated: November 13, 2015

23

MOORE LAW FIRM, PC
/s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Rachel Lobato

24

25

Dated: November 13, 2015

26

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
F & M Restaurants, Inc., Arthur P. Spier, Janelle Lett,

27

Manuel R. Fierro and Jolene A. Fierro

28

Rachel Lobato v. F&M Restaurants, Inc., et al.
Stipulation and Order For Second Extension of Time

2

Case No. 1:  15-cv-01346

1                             **ORDER**

2 **IT IS SO ORDERED that** defendants F & M RESTAURANTS, INC., dba RALLY'S #13;

3 ARTHUR P. SPIER, Trustee of THE ARTHUR P. SPIER AND JANELLE LETT LIVING

4 TRUST under Declaration of Trust dated May 29, 2013; JANELLE LETT, Trustee of THE

5 ARTHUR P. SPIER AND JANELLE LETT LIVING TRUST under Declaration of Trust dated

6 May 29, 2013; MANUEL R. FIERRO; and JOLENE A. FIERRO shall have until November 30,

7 2015 to answer or otherwise respond to the Complaint.

8 **IT IS FURTHER ORDERED** that the joint status report from the parties shall be due on

9 December 16, 2015.

10

11 Dated:  November 19, 2015

12

13                                        _____

14                                        Troy L. Nunley
                                       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rachel Lobato v. F&M Restaurants, Inc., et al.
Stipulation and Order For Second Extension of Time

3

Case No. 1:  15-cv-01346